**Order entered September 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00463-CR
### No. 05-16-00464-CR

**JESUS ANTONIO PONCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-70299-J & F14-33407-J**

## ORDER

The Court **REINSTATES** these appeals.

On September 9, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 12, 2016, we received volumes 1 through 5 of the reporter's record. Because findings are no longer necessary, we **VACATE** the September 9, 2016 order.

We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due **THIRTY DAYS** from the date of this order.

        /s/     ADA BROWN
                JUSTICE